RECEIVED

MAR 1 7 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| GILBERT GALLOW | CIVIL ACTION NO. 06-0259 |
| VERSUS | JUDGE DOHERTY |
| GLOBAL X-RAY AND TESTING CORPORATION, ET AL | MAGISTRATE JUDGE HILL |

### ORDER

Considering the foregoing Motion [Doc. 92],

IT IS HEREBY ORDERED that the Clerk of Court shall REMOVE defendant, C&D Production Specialist Co., Inc. from the docket sheet and from being shown as a defendant in the above captioned matter, and that all previously filed pending Motions filed by C&D Production Specialist Co., Inc. are DISMISSED AS WITHDRAWN.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 17 day of March, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE